UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MARILYN FERNANDEZ, as Personal
Representative of the Estate of Porfirio
Menendez Cabrears, deceased

       Plaintiff,

v.                                   Case No:  2:09-cv-788-Ftm-29DNF

JLG INDUSTRIES, INC., UNITED
RENTALS, INC. and JLG INDUSTRIES,
INC., A PENNSYLVANIA
CORPORATION,

       Defendants.
_____/

## ORDER

This matter comes before the Court on Unopposed Motion to be Excused from Settlement Conference (Doc. #224) filed on February 15, 2013.  Attorney Wallace C. von Arx filed the instant Motion representing the owners and holders of the worker's compensation lien. He represents that he has come to an agreement with Plaintiff's counsel concerning how to handle the reimbursement of the lien pursuant to any settlement or trial.  Thus, counsel is seeking to be excused from the settlement conference to take place before the undersigned on February 27, 2013.  Counsel for all parties have been contacted and have consented.  Thus, for good cause shown and because the Motion is unopposed, it is due to be granted.  Owners and holders of the worker's compensation lien and their counsel are excused from attending the settlement conference.

Accordingly, it is now

**ORDERED:**

Unopposed Motion to be Excused from Settlement Conference (Doc. #224) is **GRANTED**.

**DONE** and **ORDERED** in Fort Myers, Florida this 19th day of February, 2013.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies:  All Parties of Record