UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MARILYN FERNANDEZ, as Personal
Representative of the Estate of Porfirio
Menendez Cabrears, deceased

 Plaintiff,

v.               Case No:  2:09-cv-788-Ftm-29DNF

JLG INDUSTRIES, INC., UNITED
RENTALS, INC. and JLG INDUSTRIES,
INC., A PENNSYLVANIA
CORPORATION,

 Defendants.
_____/

## ORDER

This matter comes before the Court on a notice of settlement received by the Court via facsimile on February 26, 2013, from Defendant, United Rentals, Inc., informing the Court that United Rentals has settled this matter with Plaintiff.  In order for United Rentals to be excused from attending the settlement conference scheduled for February 27, 2013, United Rentals is directed to file a notice of settlement in the CM/ECF system.

Accordingly, it is now

**ORDERED:**

(1) United Rentals is directed to notice of settlement in the CM/ECF system forthwith.

(2) The Parties are directed to file a stipulation of dismissal with the Court within **30 days** of the date of this Order.

**DONE** and **ORDERED** in Fort Myers, Florida this 26th day of February, 2013.

*/s/ Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies:  All Parties of Record